

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00431-CV

Ronald R. **HYDE** and Patricia L. **HYDE**,
Appellants

v.

**REPSOL OIL & GAS USA, LLC**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 18-07-00167-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, appellants and appellee's agreed joint motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are assessed against the parties who incurred them.

SIGNED October 19, 2022.

_____
Irene Rios, Justice